Chris GENTILLI, Petitioner-Appellant,

v.

BOARD OF the POLICE AND FIRE COMMISSIONERS OF the CITY OF MADISON, Respondent-Respondent,

Fire Chief Debra H. AMESQUA, Intervenor-Respondent.

Supreme Court

*No. 02–3208. Decided October 11, 2004.*

2004 WI 124

(Also reported in 688 N.W.2d 653.)

¶ 1. PER CURIAM. The motion for reconsideration is denied, with $50.00 costs.

¶ 2.    BUTLER, LOUIS B., JR., J., did not participate.